ACCEPTED
01-15-00213
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 2:48:00 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00213-CR

| | | |
|---|---|---|
| **EXPARTE** | § | **IN THE COURT OF APPEALS** |
| | § | FILED IN |
| | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | 9/3/2015 2:48:00 PM |
| **ANTHONY MICHAEL LONGORIA** | § | **1ST DISTRICT OF TEXAS** CHRISTOPHER A. PRINE |
| | | Clerk |

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant, ANTHONY MICHAEL LONGORIA, by and through the undersigned attorney of record filing this Motion for Extension of Time to File Appellate Brief on Behalf of the Defendant and would show unto the Court the following:

1.  Appellant's brief is currently due on September 8, 2015.

2.  On September 22, 2015, Counsel for Appellant is set for jury trial, in the case styled *United States of America vs. Luciano Aleman-Medina;* Cause No. 4:15-CR-381, pending in the Southern District of Texas, Houston Division. The Honorable David Hittner presiding.

3.  On September 22, 2015, Counsel for Appellant is set for jury trial in the case styled *State of Texas v. Mark McKay;* Cause No. 2011746, Assault family member charge, pending in County Criminal Court At Law No. 12 in Harris County, Texas. The Honorable Robin Brown presiding.

4.  On September 30, 2015, Counsel for Appellant is set for jury trial in the case styled *State of Texas v. Thomas R. Graham;* Case No. 14-CR-2641, murder charge, pending in the 10th District Court of Galveston, Texas. The Honorable Kerry L. Neves presiding.

5.  On September 30, 2015, Counsel for Appellant is set for jury trial in the case styled *State of Texas v. Allan Eugene;* Cause No. 1435796, murder charge,

pending in the 177th District Court of Harris County, Texas. The Honorable R. Patrick presiding.

6.   On September 30, 2015, Counsel for Appellant is set for jury trial in the case styled *State of Texas v. Edwin Blanco;* Cause Nos. 1437255, 1437256 & 14337257, indecency with a child & aggravated sexual assault charges, pending in the 177th District Court of Harris County, Texas. The Honorable R. Patrick presiding.

7.   Appellant's attorney respectfully requests a 30 day extension from date Appellant's brief is due.

8.   This request is in the interest of justice and not merely to seek delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be GRANTED.

Respectfully submitted,

/s/ Adam B. Brown
ADAM B. BROWN
TBA No. 24003775
300 Main Street, Suite 200
Houston, Texas 77002
Telephone: (713) 223-0051
Facsimile: (713) 228-0034

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was filed electronically with the 1st Court of Appeals on this the 3rd day of September 2015.

/s/ Adam B. Brown
ADAM B. BROWN